**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Pillsbury Company,

Plaintiff,

v.

SMTM Group, LLC,

Defendant.

Civil 00-2278 (MJD/JGL)

**ORDER**

---

Before the Court is the letter request of the plaintiff to modify the briefing schedule and hearing date for Defendant's Motion for a Preliminary Injunction;

Therefore, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request is **GRANTED**.
2. Plaintiff's response to Defendant's Motion for a Preliminary Injunction is due on or before Thursday, December 21, 2000.
3. Defendant's reply is due on or before Tuesday, January 9, 2001.
4. Oral argument is scheduled for Tuesday, January 16, 2001 at 10:30 am before Judge Michael J. Davis in Courtroom 14 East of the U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: December 5, 2000

MICHAEL J. DAVIS, Judge
United States District Court

FILED DEC 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK