UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Pillsbury Company,

Plaintiff,

v.

ORDER
Civ. No. 00-2278(MJD/JGL)

SMTM Group, L.L.C.,

Defendant.

---

SMTM Group, L.L.C.,

Counterclaim Plaintiff,

v.

The Pillsbury Company,

Counterclaim Defendant,

And

General Mills, Inc.,

Additional Party in Interest.

---

By letter dated January 18, 2001, SMTM Group, L.L.C. ("SMTM") notified the Court of its intent to show the Court a sample of its product, and to actually "toast" various samples in the courtroom. Pillsbury opposes, arguing that samples of the products are not relevant to the issues before the Court.

The Court will allow SMTM to provide samples, and to toast samples, at oral argument. By providing for such allowance, the Court makes no finding as to

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

relevance. The Court simply finds that a cooking demonstration during oral argument will not detract from the issues the Court must decide.

Date: 1/30/01

Michael J. Davis
United States District Court