UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2278 (MJD/JGL)

THE PILLSBURY COMPANY,

Plaintiff,

v. **PRETRIAL ORDER**

SMTM GROUP, LLC,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is seven to ten days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

3. All parties shall disclose all expert witnesses by October 1, 2001, and rebuttal expert witnesses by November 1, 2001;

4. The period during which the parties may seek fact discovery shall be completed by September 1, 2001;

5. The period during which the parties may seek expert discovery shall be completed by December 1, 2001;

6. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2002;

7. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2002; and

8. This case will be considered "ready for trial" as of April 1, 2002.

DATED: February 2, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED FEB 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD