UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2278 (MJD/JGL)

THE PILLSBURY COMPANY,

Plaintiff,

v.

**AMENDED PRETRIAL ORDER**

SMTM GROUP, LLC,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P.. the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is seven to ten days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2001;

3. All parties shall disclose all expert witnesses by October 1, 2001, and rebuttal expert witnesses by November 1, 2001;

4. All parties are limited to a total of twelve fact depositions per side. If additional fact depositions are necessary, the party desiring such additional fact depositions may seek leave of this Court for additional fact depositions.

5. The period during which the parties may seek fact discovery shall be completed by September 1, 2001;

6. The period during which the parties may seek expert discovery shall be completed by December 1, 2001;

7. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2002;

FILED FEB 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

8. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2002; and

9. This case will be considered "ready for trial" as of April 1, 2002.

DATED: Feb 12, 2001

JONATHON LEBEDOFF
United States Magistrate Judge