UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THE PILLSBURY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SMTM GROUP, LLC,<br><br>Defendant. | § | CIVIL ACTION NO. 00-2278 MJD/JGL |
| SMTM GROUP, LLC,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>THE PILLSBURY COMPANY<br><br>Counterclaim-Defendant. | § | |

**ORDER FOR DISMISSAL**

Pursuant to the Plaintiff/Counterclaim Defendant The Pillsbury Company's and Defendant/Counterclaim Plaintiff SMTM Group, Inc.'s Joint Stipulated Notice of Dismissal With Prejudice, this case is hereby dismissed with prejudice.

SO ORDERED:

Dated: 2-20-02

Hon. Michael J. Davis
Judge, United States District Court

25136422.1

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THE PILLSBURY COMPANY,<br>Plaintiff,<br>v.<br>SMTM GROUP, LLC,<br>Defendant. | § | CIVIL ACTION NO. 00-2278 MJD/JGL |
| SMTM GROUP, LLC,<br>Counterclaim-Plaintiff,<br>v.<br>THE PILLSBURY COMPANY<br>Counterclaim-Defendant. | § | |

**JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim Defendant The Pillsbury Company and Defendant/Counterclaim Plaintiff SMTM Group, Inc. hereby jointly dismiss, with prejudice, all their claims in the above-captioned action against one another.

Dated: February 19, 2002

James G. Vander Linden
LEVANDER & VANDER LINDEN, P.A.
720 Northstar West
Minneapolis, Minnesota 55402
(612) 339-6841

Dated: February 19, 2002

Timothy M. Kenny
FULBRIGHT & JAWORSKI L.L.P.
225 South Sixth Street, Suite 4850
Minneapolis, Minnesota 55402
(612) 321-2800

Martin H. Freeman
FREEMAN & FREEMAN, P.C.
One Church Street, Suite 200
Rockville, Maryland 20850
(301) 315-0200

ATTORNEYS FOR DEFENDANT
SMTM GROUP, LLC

Richard J. Groos
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701-3248
(512) 474-5201

ATTORNEYS FOR PLAINTIFF
THE PILLSBURY COMPANY